FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/23/03
BY uh

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

**JAMES BAXLEY
and TAMMIE BAXLEY**

**VERSUS** **CIVIL ACTION NO. 02-1901**

**BLACK POWDER PRODUCTS, INC.** **JUDGE LITTLE
MAGISTRATE JUDGE KIRK**

**STIPULATION OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, James Baxley and Tammie Baxley, and the defendant, Blackpowder Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate as follows:

1.

The claims and demands of the plaintiffs against defendant have been settled and compromised to the full satisfaction and agreement of the parties and there is no longer a matter in dispute.

2.

Plaintiffs and defendant desire that this suit be dismissed with full and complete prejudice.

WHEREFORE, THE PARTIES STIPULATE to entry of a Judgment dismissing the claims, demands and suit of the plaintiffs, James Baxley and Tammie Baxley, against the defendant, Blackpowder Products, Inc., with full and complete prejudice.

16

Hudson, Potts & Bernstein, L.L.P.
1800 Hudson Lane, Suite 300
Post Office Box 3008
Monroe, Louisiana 71210-3008
Telephone: (318) 388-4400
Facsimile: (318) 388-2758

By: ______________________
Robert M. Baldwin, No. 1224
Attorney for Plaintiffs, James Baxley and Tammie Baxley

Hayes, Harkey, Smith & Cascio
2811 Kilpatrick Boulevard
Post Office Box 8032
Monroe, Louisiana 71211-8032
Telephone: (318) 387-2422
Facsimile: (318) 388-5809

By: ______________________
Thomas M. Hayes, III, No. 6685
Attorney for Defendants, Connecticut Valley Arms, Inc. and Blackpowder Products, Inc.

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 12 / 23 / 03
BY uh

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

**JAMES BAXLEY**
**and TAMMIE BAXLEY**

**VERSUS** | **CIVIL ACTION NO. 02-1901**

**BLACK POWDER PRODUCTS, INC.** | **JUDGE LITTLE**
**MAGISTRATE JUDGE KIRK**

**JUDGMENT OF DISMISSAL**

Considering the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(ii),

IT IS ORDERED, ADJUDGED AND DECREED that the claims, demands, and suit of the plaintiffs, James Baxley and Tammie Baxley, against defendant, Blackpowder Products, Inc., be and the same are hereby dismissed with full and complete prejudice.

SO ORDERED, Alexandria, Louisiana, this ____ day of __________________, 200__.

_________________________________
Judge, United States District Court